IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NANCY CREEKMORE,

Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

3: 12-cv-371

Case No.

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on January 6, 2014 (Doc. #14) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner for an immediate award of Disability Insurance Benefits and/or Supplemental Security Income, with a disability onset date of September 5, 2007;

4. This case is terminated on the docket of this Court.

Date: 1-27-14

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE